# United States District Court

-------------------------- DISTRICT OF KANSAS---------------------------

EMPLOYERS MUTUAL CASUALTY COMPANY,

        Plaintiff,

v.                                      Case No:   23-1213-EFM

KNIPP EQUIPMENT, INC., and
EDWARDS COUNTY KANSAS
BOARD OF COMMISSIONERS,

        Defendants,

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.   This action came before the Court for a jury trial.   The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.   This action came before the Court.   The issues have been considered and a decision has been rendered.   IT IS ORDERED

that pursuant to the Memorandum and Order issued on February 11, 2025, Doc. 47, Plaintiff/Counter-Defendant's Motion for Summary Judgment (Doc. 39) is **GRANTED**.

    **IT IS FURTHER ORDERED** that Plaintiff/Counter-Defendant's Motion for Hearing, Doc. 46, is DENIED AS MOOT.

    This Case is Closed.

| | |
|---|---|
|   2/11/2025   <br> Date | SKYLER O'HARA <br> CLERK OF THE DISTRICT COURT <br><br> by:  s/  Cindy McKee <br> Deputy Clerk |